STATE OF NEBRASKA, APPELLEE, V. CALVIN H. DODD, APPELLANT.

FILED MAY 13, 1916.   No. 18770.

PER CURIAM.

Contempt: REVIEW. A conviction under contempt proceedings can only be reviewed in the supreme court by the filing of a petition in error as in a criminal case. *Gandy v. State*, 13 Neb. 445; *Hanika v. State*, 87 Neb. 845.

APPEAL from the district court for Dawes county: WILLIAM H. WESTOVER, JUDGE. *Appeal dismissed.*

*Albert W. Crites* and *Earl McDowell*, for appellant.

*Justin E. Porter* and *Allen G. Fisher*, contra.